IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSIE KELLY,** | : | **CIVIL ACTION NO. 1:15-CV-00532** |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN DONNA ZICKEFOOSE,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 4th day of May, 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

　　　　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania